# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>Plaintiff,<br><br>v.<br><br>KHALE, et al.,<br><br>Defendants. | Case No. 1:22-cv-01653-EPG (PC)<br><br>ORDER OF RECUSAL |

The undersigned is named as a defendant in this action. (ECF No. 1, pgs. 5 & 13). Thus, the undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly refer this case to another magistrate judge for any further proceedings.

IT IS SO ORDERED.

Dated:   **January 3, 2023**                    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1