UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO RAMIREZ,<br><br>   Plaintiff,<br><br>   v.<br><br>KHALE, et al.,<br><br>   Defendant. | 1:22-cv-01653-ADA-HBK (PC)<br><br>ORDER DENYING MOTION<br><br>(Doc. No. 18) |

   Pending before the Court is Plaintiff's pleading titled "motion to proceed with condolence of lawsuit I won from them to have today from them" filed on April 28, 2023.  (Doc. No. 18).  The motion fails to comport with the rules of procedure.  The Court previously advised Plaintiff that all motions must "state with particularity the grounds for seeking the order; and state the relief sought."  Fed. R. Civ. P. 7(b)(1)(B), (C).  (*See* Doc. Nos. 11, 16).  The motion is nonsensical and the Court cannot discern for what purpose Plaintiff submitted it.

   According, it is **ORDERED**:

   Plaintiff's motion (Doc. No. 18) is DENIED.

Dated:   May 9, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE